No. 99–9230. REYES v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 99–9232. CROMPTON v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. Sup. Ct. Fla. Certiorari denied.

No. 99–9238. JACKSON v. WEST, SECRETARY OF VETERANS AFFAIRS. C. A. Fed. Cir. Certiorari denied.

No. 99–9247. GIBBS v. MILLER, SUPERINTENDENT, EASTERN NEW YORK CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 99–9307. COGWELL v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 99–9308. SPEIGHTS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–9326. ARABAXHI v. CONSTANTINE, ADMINISTRATOR, DRUG ENFORCEMENT ADMINISTRATION. C. A. 1st Cir. Certiorari denied.

No. 99–9329. SCOTT v. KELLY, SUPERINTENDENT, ATTICA CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 99–9330. WALDER v. HUFFMAN, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 99–9341. SOTO v. UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 99–9345. YOUNG v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 99–9359. RUSSEL v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–9369. ALAIMO v. STATE UNIVERSITY OF NEW YORK ET AL. C. A. 2d Cir. Certiorari denied.

No. 99–9379. ALBERT v. UNITED STATES. C. A. 3d Cir. Certiorari denied.